AO 91 (Rev. 08/09) Criminal Complaint

FILED

NOV 09 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                     DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>CARRILLO, Juan<br>CARRILLO, Rosa Lidia<br>Cypress, Texas<br>*Defendant(s)* | Case No. DR15-10366M-01, 02 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **2015-11-08** in the county of **Dimmit County** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

On November 8, 2015, Carrizo Springs Border Patrol Agents conducted an immigration stop on a 2008 Toyota Tundra on Highway 85 in Big Wells, TX. U.S. BP agents determined the driver, Juan CARRILLO, passenger, Rosa CARRILLO, and two other passengers were U.S. citizens. The other two passengers were determined to be illegally present in the U.S. During interviews, J. CARRILLO stated R. CARRILLO had been making arrangements to smuggle Nilzon AVALOS-Herrera into the U.S. R. CARRILLO had previously wired $1,500 U.S. dollars to an unknown smuggler as a smuggling fee for AVALOS. J. CARRILLO stated he willingly and knowingly accompanied R. CARRILLO to pick up AVALOS and his friend, also an undocumented immigrant, from Eagle Pass, TX, from an unknown individual and paid $240 U.S. dollars to have AVALOS and his friend delivered to them. J. CARRILLO stated he knew that both individuals were illegally present in the U.S. and was transporting them further into the U.S. Both undocumented immigrants were held as material witnesses on the case.

☒ Continued on the attached sheet.

_____
Complainant's signature

Angel M. Rivera, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/09/2015

_____
Judge's signature

City and state: Del Rio, Texas

United States Magistrate Judge
Printed name and title