

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2015 DE -2 AM 10: 45
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CAUSE NO.: |
| | § | **INDICTMENT** |
| v. | § § | [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens; COUNT TWO & THREE: 8 U.S.C. § 1324(a)(1)(A)(ii)&(B)(ii) - Illegal Alien Transportation.] |
| JUAN CARRILLO, ROSA LIDIA CARRILLO | § § § § § | |

**DR15CR1507**

THE GRAND JURY CHARGES:

### COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about November 8, 2015, in the Western District of Texas, Defendants,

JUAN CARRILLO,
ROSA LIDIA CARRILLO,

did knowingly and intentionally combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

### COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(ii)]

On or about November 8, 2015, in the Western District of Texas, Defendants,

JUAN CARRILLO,

ROSA LIDIA CARRILLO,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Nilzon Avalos-Herrera, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(ii).

## COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(ii)]

On or about November 8, 2015, in the Western District of Texas, Defendants,

JUAN CARRILLO,
ROSA LIDIA CARRILLO,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Yony Fernando Castro-Cruz, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(ii).

A TRUE BILL.

FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

By: _____
TODD R. KEAGLE
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>  USAO #: <u>2015R17841</u>

DATE: <u>DECEMBER 2, 2015</u>  MAG. CT. #: <u>DR15-10366M</u>

AUSA: <u>MATTHEW H. WATTERS & TODD R. KEAGLE</u>

DEFENDANT: <u>JUAN CARRILLO</u>

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>NO</u>  LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>EDUARDO P. SILLAS</u>

ADDRESS OF ATTORNEY: <u>8400 HOWARD DRIVE, HOUSTON, TX 77017</u>

DEFENDANT IS: <u>DETAINED</u>  DATE OF ARREST: <u>NOVEMBER 8, 2015</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNTS 2 & 3: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(ii) - TRANSPORTATION OF ILLEGAL ALIENS.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>FOR COUNT ONE - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT; $5000 SPECIAL ASSESSMENT NON-INDIGENT; FOR COUNTS 2-3 - 5 YEARS IMPRISONMENT; UP TO $100,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT; $5000 SPECIAL ASSESSMENT NON-INDIGENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR15CR1507

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: DIMMIT                              USAO #: 2015R17841
DATE: DECEMBER 2, 2015                      MAG. CT. #: DR15-10366M
AUSA: MATTHEW H. WATTERS & TODD R. KEAGLE
DEFENDANT: ROSA LIDIA CARRILLO
CITIZENSHIP: UNITED STATES
INTERPRETER NEEDED: NO     LANGUAGE: ENGLISH
DEFENSE ATTORNEY: ROGELIO J. PEREZ
ADDRESS OF ATTORNEY: 8400 HOWARD DRIVE, HOUSTON, TX 77017
DEFENDANT IS: DETAINED     DATE OF ARREST: NOVEMBER 8, 2015
BENCH WARRANT NEEDED: NO
PROBATION OFFICER: N/A
NAME AND ADDRESS OF SURETY: N/A
YOUTH CORRECTIONS ACT APPLICABLE: NO
PROSECUTION BY: INDICTMENT
OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNTS 2 & 3: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(ii) - TRANSPORTATION OF ILLEGAL ALIENS.
OFFENSE IS: FELONY
MAXIMUM SENTENCE: FOR COUNT ONE - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT; $5000 SPECIAL ASSESSMENT NON-INDIGENT; FOR COUNTS 2-3 - 5 YEARS IMPRISONMENT; UP TO $100,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT; $5000 SPECIAL ASSESSMENT NON-INDIGENTPENALTY IS MANDATORY: YES & NO
REMARKS: SEE ABOVE    W/DT-CR-3