UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. DR15-CR-1507-002 |
| | § | |
| ROSA LIDIA CARRILLO | § | |

### ORDER

On this date came on to be considered the Government's Motion for Downward Departure, and the Court having reviewed said motion, finds that said motion should be granted.

IT IS HEREBY ORDERED that the Government's Motion for a ___-Level Downward Departure, pursuant to Section 5K3.1, in the above entitled and numbered cause be GRANTED.

SIGNED AND ENTERED this _____ day of _____, 2016.

_____
HONORABLE ALIA MOSES
United States District Judge

FILED
AUG 2 3 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY